IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| | : |
| DIANA M. JOHNSON, | : CASE NO. 5:20-bk-02858-MJC |
| | |
| Debtor. | : |

PRAECIPE WITHDRAWING TRUSTEE'S APPLICATION TO EMPLOY
BK GLOBAL REAL ESTATE SERVICES AND
ASSET PROPERTY SOLUTIONS REALTY AS REALTORS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

The Trustee, Robert P. Sheils, Jr., hereby requests that the Trustee's Application to Employ BK Global Real Estate Services and Asset Property Solutions Realty as Realtors in the above bankruptcy proceeding be withdrawn without prejudice.

Dated: September 15, 2021

*/s/Jill M. Spott*
Jill M. Spott, Esquire
Attorney for Trustee
Sheils Law Associates, PC
108 North Abington Road
Clarks Summit, PA 18411
570-587-2600
570-585-0313 – Facsimile